Louis F. Doyle, SBN 79977
Attorney at Law
PO Box 360
San Martin, CA 95046
(408)686-1007

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, KARL BIK, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION TRUST FUND FOR NORTHERN CALIFORNIA, and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>LUCAS CONCRETE, INC., A California Corporation,<br><br>Defendant. | No. C 06 0393   TEH<br><br>STIPULATION TO CONTINUE HEARING AND ORDER |

Parties herein, through their respective counsel, hereby stipulate to continue the Case Management Hearing currently set for April 24, 2006 to June 12, 2006 at 1:30 pm.

The reasons of this continuance are twofold: 1. Defendant is cooperating in an audit of its records to determine the amount owing, and 2. Counsel for Defendant is scheduled for major surgery on April 12, 2006, with an estimated 30 day recovery time.

---

**STIPULATION TO CONTINUE HEARING AND ORDER**

Dated 3-22-06

Louis F. Doyle,
Attorney for Defendant

Dated 3/17/06

Patricia A. Davis,
Attorney for Plaintiff

So ordered.

Dated 3/23/06

Thelton E. Henderson, Judge
United States District Court

---

**STIPULATION TO CONTINUE HEARING AND ORDER**    2