BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCHITA LOZANO-BATISTA, Bar No. 227227
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, KARL BIK, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION TRUST FUND FOR NORTHERN CALIFORNIA, and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUCAS CONCRETE, INC., a California Corporation,<br><br>        Defendant. | No.   C 06-00393 TEH<br><br>**NOTICE OF CHANGE IN COUNSEL** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

NOTICE OF CHANGE IN COUNSEL
Case No. C 06-00393 TEH

111730/427214

PLEASE TAKE NOTICE that JOYE BLANSCETT is no longer with the firm of Weinberg, Roger & Rosenfeld and is no longer a designated counsel in this case.  Ms. Blanscett will be replaced by Ms. Conchita Lozano-Batista (Bar No. 227227) of this firm.

Dated: July 11, 2006

                      WEINBERG, ROGER & ROSENFELD
                      A Professional Corporation

By:    /s/       Patricia A. Davis
      BARRY E. HINKLE
      PATRICIA A. DAVIS
      CONCHITA LOZANO-BATISTA
      Attorney for Plaintiffs



07/14/06

- 2 -

NOTICE OF CHANGE IN COUNSEL
Case No. C 06-00393 TEH

111730/427214