1    BARRY E. HINKLE, Bar No. 071223
     PATRICIA A. DAVIS, Bar No. 179074
2    CONCHITA LOZANO-BATISTA, Bar No. 227227
     A Professional Corporation
3    1001 Marina Village Parkway, Suite 200
     Alameda, California 94501-1091
4    Telephone (510) 337-1001
     Facsimile (510) 337-1023
5

6    Attorneys for Plaintiffs

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   EDWARD T. BERGO, KARL BIK, in their      ) No.    C 06-00393 TEH
     capacities as Trustees of the CEMENT     )
12   MASONS HEALTH AND WELFARE TRUST )       **STIPULATION FOR ENTRY OF**
     FUND FOR NORTHERN CALIFORNIA,            ) **JUDGMENT AND ~~PROPOSED~~**
13   CEMENT MASONS PENSION TRUST FUND )       **ORDER**
     FOR NORTHERN CALIFORNIA, CEMENT          )
14   MASONS VACATION TRUST FUND FOR           )
     NORTHERN CALIFORNIA, and CEMENT          )
15   MASONS APPRENTICESHIP AND                )
     TRAINING TRUST FUND FOR NORTHERN )
16   CALIFORNIA,                              )
                                              )
17              Plaintiffs,                   )
                                              )
18         v.                                 )
                                              )
19   LUCAS CONCRETE, INC., a California       )
     Corporation,                             )
20                                            )
                Defendant.                    )
21                                            )

22         The parties hereto hereby stipulate and agree as follows:

23         1.  Plaintiffs have brought the above-captioned action against Lucas Concrete, Inc., a

24   California Corporation (hereinafter referred to as "Defendant").  Plaintiffs, in this action, sought

25   unpaid fringe benefit contributions and liquidated damages for the period of January 2001 through

26   December 2005, plus interest thereon, as well as an audit entry, pursuant to the Cement Masons

27   Master Agreement ("Master Agreement") and the relevant trust agreements establishing Cement

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510 337-1001

STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER
Case No. C 06-00393 TEH

111730/431300

1    Masons Trust Funds.  The parties hereby stipulate and agree to settle this action under the

2    following terms:

3        2.   Defendant agrees to have judgment entered against it in the amount of $17,565.28

4    which represents fringe benefit contributions due to the Cement Masons Trust Fund for the period

5    of January 2001 through December 2005.

6        3.   Defendant shall remit the $17,565.28 to the Cement Masons Trust Funds over a two-

7    year period, with twenty-four (24) monthly installments in the amount of $731.89.  The first

8    installment payment will commence on August 25, 2006 and continue thereafter to be due and

9    payable on the fifteenth (15th) day of each month commencing August 25, 2006 and ending on

10   August 25, 2008.  All of the above-referenced payments shall be made payable to the Cement

11   Masons Trust Fund and mailed to the Laborers Fund Administrative Offices of Northern California

12   Inc., 220 Campus Lane, California, 94534-1499, Attn.: John Hagan.

13       4.   The parties hereto further stipulate and agree that if Defendant fails to make any of the

14   scheduled payments listed in Paragraph 3 above, the Trust Fund may then execute upon the

15   Judgment in the full amount of $17,565.28, minus the amount of any payment actually received.

16       5.   If Defendant defaults in the making of any of said payments or any part thereof, and if

17   Plaintiffs consult legal counsel with respect thereto, there shall be added to Defendant's obligation

18   under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court

19   costs and all other reasonable expenses incurred by Plaintiffs in connection with such suit or claim,

20   including any and all appellate proceedings therein.

21       6.   The parties further acknowledge that by entering into this Stipulation, the Cement

22   Masons Trust Funds specifically preserve and retain their right to conduct an audit of Defendant's

23   records for the period after December 2005 and to seek payment of any contributions found due

24   from an audit.

25       7.   The provisions set forth in this Stipulation for Entry of Judgment are not in violation of

26   any state or federal law.  However, if any portion of said Stipulation is found to be in violation of

27   any state or federal law, then Defendant shall continue to pay the indebtedness outlined herein

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER
Case No. C 06-00393 TEH

111730/431300

1    under Paragraph ?

2         8.  Plaintiff's hereby stipulate and agree that once Defendant has complied with paragraph 3

3    of the Stipulation for Entry of Judgment, Plaintiffs shall file a Satisfaction of Judgment with the

4    Court.

5         9.  Defendant acknowledges to Plaintiffs that Defendant has had the opportunity to be

6    represented by independent legal counsel of its own choice throughout all of the negotiations that

7    preceded the execution of this Stipulation for Entry of Judgment.  Defendant further acknowledges

8    that they have had adequate opportunity to perform whatever investigation or inquiry they may

9    deem necessary in connection with the subject matter of this Stipulation for Entry of Judgment

10   prior to its execution, and agree with the delivery and acceptance of the considerations specified in

11   this Stipulation for Entry of Judgment.

12        10.  The parties hereto mutually state that they have read the foregoing Stipulation for Entry

13   of Judgment and are fully aware of its contents and legal facts.  This Stipulation for Entry of

14   Judgment constitutes the entire agreement of the parties and is entered into on the dates indicated

15   below.

16   Dated: _8 - ?/ - _ , 2006

17                                          LUCAS CONCRETE INC

18                                          By: _____

19                                              Jose Villegas, President Lucas Concrete, Inc

20   Dated: _8/23_ _____, 2006

21                                          CEMENT MASONS TRUST FUNDS

22

23                                          By: _____

24                                              JOHN HAGAN

25

26

27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation

- 3 -

1    As to form only:

2    Dated: _Aug 22,_____, 2006

3                                                WEINBERG, ROGER & ROSENFELD
                                                A Professional Corporation
4

5                                                By: _____
                                                    PATRICIA DAVIS
6                                                   Attorneys for Plaintiffs

7
     Dated: _Aug 21_____, 2006
8
                                                LAW OFFICES OF LOUIS DOYLE
9
                                                By: _____
10                                                  LOUIS DOYLE
                                                    Attorneys for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
WEINBERG, ROGER &
    ROSENFELD
A Professional Corporation

# [~~PROPOSED~~] ORDER

It is so ordered that Judgment is entered against Defendant Lucas Concrete, Inc., A California Corporation, as set forth in the Stipulation For Entry of Judgment.

Dated:  08/25/06

HONORABLE THELTON HENDERSON

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Thelton E. Henderson

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER
Case No. C 06-00393 TEH

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

111730/431300